**Aric KNOX, Petitioner–Appellant,**

v.

**Ron WARD, Respondent–Appellee.**

**No. 96–6297.**

United States Court of Appeals,
Tenth Circuit.

Feb. 7, 1997.

Before SEYMOUR, Chief Judge;
PORFILIO and MURPHY, Circuit Judges.

## ORDER

JOHN C. PORFILIO, Circuit Judge.

Appellant has failed to demonstrate the denial of a constitutional right by showing the issues raised in his appeal are debatable among jurists; that a court could resolve the issues differently; or that the questions deserve further proceedings. Essentially for the reasons stated in the recommendation of the magistrate judge contained in the record, the certificate of appealability is **DENIED** and the appeal is **DISMISSED.** 28 U.S.C. § 2253(c)(2); *Lennox v. Evans,* 87 F.3d 431 (10th Cir.1996).